# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00192-RPM-KMT

JAQUITA LYONS, on behalf of herself and others similarly situated,

        Plaintiff,

v.

DISH NETWORK L.L.C.,

        Defendant.

_____

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

COME NOW, Plaintiff, JAQUITA LYONS and Defendant, DISH NETWORK, L.L.C., by and through their undersigned counsel, and would represent to the Court that this matter has been amicably resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorney's fees.

Dated: January 22, 2014

Respectfully submitted,

| | |
|---|---|
| /s/J. Andrew Meyer_____ | /s/Eric L. Zalud _____ |
| J. Andrew Meyer, Esq. FLBN 56766 | Eric L. Zalud (OH Bar No. 0038959) |
| Tamra Givens, Esq. FLBN 657638 | Benjamen E. Kern (OH Bar No. 0076218) |
| MORGAN & MORGAN | BENESCH, FRIEDLANDER, COPLAN & |
| COMPLEX LITIGATION GROUP | ARONOFF LLP |
| One Tampa City Center | 200 Public Square, Suite 2300 |
| 201 N. Franklin Street, 7th Floor | Cleveland, Ohio 44114-2378 |
| Tampa, Florida 33602 | Telephone:   216.363.4178 |
| Telephone: (813) 223-5505 | Email:   ezalud@beneschlaw.com |
| Facsimile: (813) 222-4730 |    bkern@beneschlaw.com |

| | |
|---|---|
| ameyer@forthepeople.com<br>tgivens@forthepeople.com<br><br>Seth A. Katz, Esq.<br>BURG SIMPSON<br>ELDREDGE HERSH & JARDINE, P.C.<br>40 Inverness Drive East<br>Englewood, Colorado, 80112<br>Telephone: (303) 792-5595<br>Facsimile: (303) 708-0527<br>skatz@burgsimpson.com<br><br><br>*Attorneys for Plaintiff*<br>*Jaquita Lyons* | *Attorneys for Defendant*<br>*DISH NETWORK L.L.C.* |
| | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

*/s/J. Andrew Meyer*
J. Andrew Meyer, Esq.